# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ROBERT S. JOHNSON, JR.                                                                         PETITIONER

v.                                          5:08CV00305 WRW

LARRY NORRIS, Director of the                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to stay filed by petitioner Robert S. Johnson, Jr., is denied because he can do nothing more in state court. See Document 5. His petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 is also dismissed, and all requested relief is denied. All of his claims with the exception of claim eight in the petition at bar are procedurally barred from federal court review. Claim eight is dismissed because he cannot overcome the barrier posed by 28 U.S.C. 2254(d). Judgment will be entered for respondent Larry Norris.

IT IS SO ORDERED this 9th day of March, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE